IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAXWELL FOODS,

    Appellant,

  v.

Case No. 18-cv-538-bbc

CRANBERRY GROWERS COOPERATIVE,
d/b/a CRANGROW,

    Appellee.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | February 12, 2019 |
|:---:|:---:|
| Peter Oppeneer, Clerk of Court | Date |